E2015-01363-CCA-R3-CD

IN THE CRIMINAL COURT FOR KNOX COUNTY, DIVISION II

AT KNOXVILLE, TENNESSEE

STATE OF TENNESSEE            :

                             :    Exhibits-

VS.                          :    CASE NO. 102566        1-23

                             :

                             :

JAMES K. HUDGINS             :    **FILED**

                             :    SEP 1 5 2015

                             :    By Mike Hammond, Clerk

TRANSCRIPT OF PROCEEDINGS

Trial held on July 29 thru August 1, 2014

Volume 7 of 8



THE HONORABLE BOB R. MCGEE, PRESIDING JUDGE

FILED
OCT 2 9 2015
Rec'd by

APPEARANCES:

FOR THE STATE:

        Ms. TaKisha Fitzgerald
        Office of the District Attorney General
        City-County Building
        P.O. Box 1468
        Knoxville, Tennessee  37901

FOR THE DEFENDANT:

        Mr. Bruce E. Poston
        Attorney at Law
        408 Ebenezer Road
        Knoxville, Tennessee  37923

i

# TABLE OF CONTENTS

## Volume 1 thru 8

PAGE

July 29, 2014:

Trial:

Motions                                              1

Admonitions to the Jury                              9

Opening Statements by Ms. Fitzgerald                13
Opening Statements by Mr. Poston                    22

JUSTIN HUDGINS
Direct Examination by Ms. Fitzgerald                32
Cross Examination by Mr. Poston                     64
Redirect Examination by Ms. Fitzgerald              83
Re-Cross Examination by Mr. Poston                  84
Redirect Examination by Ms. Fitzgerald              86

MICHAEL MAYS
Direct Examination by Ms. Fitzgerald                90
Cross Examination by Mr. Poston                     95

CYNTHIA DEMARCUS
Direct Examination by Ms. Fitzgerald                96

CURTIS ANTHONY JOHNSON
Direct Examination by Ms. Fitzgerald                99

BRIAN SCOTT ROSE
Direct Examination by Ms. Fitzgerald               103

Instructions to the Jury                           107

# TABLE OF CONTENTS

## Volume 1 thru 8

PAGE

July 30, 2014:

Trial:                                                        109

Discussion Regarding Twitter                                  109

Discussion Regarding Photographs                              111

  REBECCA NEWLIN
Direct Examination by Ms. Fitzgerald                          112
Cross Examination by Mr. Poston                               135

  DANIELLE WIEBERG
Direct Examination by Ms. Fitzgerald                          138
Cross Examination by Mr. Poston                               158

  BREANNA HUDGINS
Direct Examination by Ms. Fitzgerald                          163
Cross Examination by Mr. Poston                               199
Redirect Examination by Ms. Fitzgerald                        213

  LAURA SWAGGERTY
Direct Examination by Ms. Fitzgerald                          217
Cross Examination by Mr. Poston                               237
Redirect Examination by Ms. Fitzgerald                        250
Re-Cross Examination by Mr. Poston                            254
Redirect Examination by Ms. Fitzgerald                        255

  STEVE SCOTT
Direct Examination by Ms. Fitzgerald                          257
Cross Examination by Mr. Poston                               286

  LISA KNIGHT
Direct Examination by Ms. Fitzgerald                          289

  TERRY WILSHIRE
Direct Examination by Ms. Fitzgerald                          292

Instructions to the Jury                                      305

# TABLE OF CONTENTS

## Volume 1 thru 8

PAGE

July 31, 2014:

Trial:                                                          307

   JEREMY MOSES
Direct Examination by Ms. Fitzgerald                           308
Cross Examination by Mr. Poston                                321

   CHRISTOPHER LOCHMULLER
Direct Examination by Ms. Fitzgerald                           326
Cross Examination by Mr. Poston                                354

State Rests                                                    357

Motion for Judgment of Acquittal                               358

Momon Hearing                                                  361

DEFENSE PROOF

   DENNIS GRAVES
Direct Examination by Mr. Poston                               364
Cross Examination by Ms. Fitzgerald                            379
Redirect Examination by Mr. Poston                             388

   JAMES K. HUDGINS
Direct Examination by Mr. Poston                               390
Cross Examination by Ms. Fitzgerald                            420
Redirect Examination by Mr. Poston                             513
Re-Cross Examination by Ms. Fitzgerald                         516
Redirect Examination by Mr. Poston                             523

Defendant Rests                                                523

REBUTTAL TESTIMONY

   KELLIE MARTIN
Direct Examination by Ms. Fitzgerald                           523
Cross Examination by Mr. Poston                                528

   LORA SWAGGERTY
Direct Examination by Ms. Fitzgerald                           532
Cross Examination by Mr. Poston                                533

# TABLE OF CONTENTS

## Volume 1 thru 8

PAGE

July 31, 2014:

Trial:                                              307

  BREANNA HUDGINS
Direct Examination by Ms. Fitzgerald               536
Cross Examination by Mr. Poston                    536
Redirect Examination by Ms. Fitzgerald             537
Re-Cross Examination by Mr. Poston                 537

State Rests in Rebuttal Proof                      538

Instructions to Jury                               538

Discussion Regarding Jury Charge                   539

August 1, 2014:

Trial:                                              542

Closing Arguments by Ms. Fitzgerald          543, 569
Closing Arguments by Mr. Poston                    551

Jury Charge                                        577

Jury Verdict                                       597

Sentencing                                         602

Victim Impact                                      604

Court Reporter's Certificate                       624

Certificate of the Court                           625

Exhibit Pages                                      626

```
                    E X H I B I T S
```

| NO. | | PAGE |
|---|---|---|
| 1 | 911 Disk with Two Phone Calls<br>Entered into Evidence | 93 |
| 2 | 911 CAD Report.<br>Entered into Evidence | 92 |
| 3 | 911 CAD Report<br>Entered into Evidence | 93 |
| 4 | 911 Disk<br>Entered into Evidence | 94 |
| 5 | CAD Report<br>Entered into Evidence<br>(Collective) | 94 |
| 6 | Recording with Officer Demarcus<br>Entered into Evidence | 98 |
| 7 | CD of Cruiser Video<br>Marked for Identification Only<br>Entered into Evidence | 321<br>325 |
| 8 | Aerial Map<br>Entered into Evidence | 326 |
| 9 | CD of All Jail Phone Calls<br>Marked for Identification Only | 302 |
| 10 | CD of Two Jail Phone Calls Played<br>Entered into Evidence | 302 |
| 11 | Photograph<br>Entered into Evidence | 125 |
| 12 | Photograph<br>Entered into Evidence | 125 |
| 13 | Photograph<br>Entered into Evidence | 125 |
| 14 | Photograph<br>Entered into Evidence | 125 |
| 15 | Photograph<br>Entered into Evidence | 125 |

                    E X H I B I T S

1     NO.                                        PAGE

2     16      Photograph
              Entered into Evidence              125
3
      17      Photograph
4             Entered into Evidence              125

5     18      Photograph
              Entered into Evidence              125
6
      19      Photograph
7             Entered into Evidence              125

8     20      Photograph
              Entered into Evidence              125
9
      21      Photograph
10            Entered into Evidence              125

11    22      Photograph
              Entered into Evidence              125
12
      23      Photograph
13            Entered into Evidence              125

14    24      Photograph
              Entered into Evidence              125
15
      25      Photograph
16            Entered into Evidence              125

17    26      Photograph
              Entered into Evidence              125
18
      27      Photograph
19            Entered into Evidence              125

20    28      Photograph
              Entered into Evidence              125
21
      29      Photograph
22            Entered into Evidence              125

23    30      Photograph
              Entered into Evidence              125
24
      31      Photograph
25            Entered into Evidence              125

E X H I B I T S

| NO. | | PAGE |
|-----|---|------|
| 32 | Photograph<br>Entered into Evidence | 125 |
| 33 | Photograph<br>Entered into Evidence | 125 |
| 34 | Photograph<br>Entered into Evidence | 125 |
| 35 | Photograph<br>Entered into Evidence | 125 |
| 36 | Photograph<br>Entered into Evidence | 125 |
| 37 | Photograph<br>Entered into Evidence | 125 |
| 38 | Photograph<br>Entered into Evidence | 125 |
| 39 | Photograph<br>Entered into Evidence | 125 |
| 40 | Photograph<br>Entered into Evidence | 125 |
| 41 | Photograph<br>Entered into Evidence | 125 |
| 42 | Photograph<br>Entered into Evidence | 125 |
| 43 | Photograph<br>Entered into Evidence | 125 |
| 44 | Photograph<br>Entered into Evidence | 125 |
| 45 | Photograph<br>Entered into Evidence | 125 |
| 46 | Photograph<br>Entered into Evidence | 125 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

<u>E X H I B I T S</u>

| NO. | | PAGE |
|-----|------|------|
| 47 | Photograph<br>Entered into Evidence | 125 |
| 48 | Photograph<br>Entered into Evidence | 125 |
| 49 | Photograph<br>Entered into Evidence | 125 |
| 50 | Photograph<br>Entered into Evidence | 125 |
| 51 | Photograph<br>Entered into Evidence | 125 |
| 52 | Photograph<br>Entered into Evidence | 125 |
| 53 | Photograph<br>Entered into Evidence | 125 |
| 54 | Photograph<br>Entered into Evidence | 125 |
| 55 | Photograph<br>Entered into Evidence | 125 |
| 56 | Photograph<br>Entered into Evidence | 125 |
| 57 | Photograph<br>Entered into Evidence | 125 |
| 58 | Photograph<br>Entered into Evidence | 125 |
| 59 | Photograph<br>Entered into Evidence | 125 |
| 60 | Photograph<br>Entered into Evidence | 125 |
| 61 | Photograph<br>Entered into Evidence | 125 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

E X H I B I T S

| NO. | | PAGE |
|---|---|---|
| 1 | | |
| 62 | Cell Phone<br>Entered into Evidence | 129 |
| 63 | .40 Caliber Shell Casing<br>Entered into Evidence | 127 |
| 64 | .40 Caliber Shell Casing<br>Entered into Evidence | 128 |
| 65 | .40 Caliber Shell Casing<br>Entered into Evidence | 128 |
| 66 | .40 Caliber Shell Casing<br>Entered into Evidence | 128 |
| 67 | Bullet Fragment<br>Entered into Evidence | 129 |
| 68 | Glasses<br>Entered into Evidence | 130 |
| 69 | Diagram of House<br>Entered into Evidence | 134 |
| 70 | Diagram of House<br>Entered into Evidence | 131 |
| 71 | Bullet Fragment from Wall<br>Entered into Evidence | 153 |
| 72 | Photograph<br>Entered into Evidence | 195 |
| 73 | Photograph<br>Entered into Evidence | 195 |
| 74 | Photograph<br>Entered into Evidence | 142 |
| 75 | Photograph<br>Entered into Evidence | 142 |
| 76 | Photograph<br>Entered into Evidence | 142 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

x

E X H I B I T S

| NO. | | PAGE |
|---|---|---|
| 77 | Photograph<br>Entered into Evidence | 142 |
| 78 | Photograph<br>Entered into Evidence | 142 |
| 79 | Photograph<br>Entered into Evidence | 142 |
| 80 | Photograph<br>Entered into Evidence | 142 |
| 81 | Photograph<br>Entered into Evidence | 142 |
| 82 | Photograph<br>Entered into Evidence | 142 |
| 83 | Photograph<br>Entered into Evidence | 142 |
| 84 | Photograph<br>Entered into Evidence | 142 |
| 85 | Photograph<br>Entered into Evidence | 148 |
| 86 | Photograph<br>Entered into Evidence | 148 |
| 87 | Photograph<br>Entered into Evidence | 148 |
| 88 | Photograph<br>Entered into Evidence | 148 |
| 89 | Photograph<br>Entered into Evidence | 148 |
| 90 | Photograph<br>Entered into Evidence | 148 |
| 91 | Photograph<br>Entered into Evidence | 152 |
| 92 | Photograph<br>Entered into Evidence | 152 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

E X H I B I T S

| NO. | | PAGE |
|---|---|---|
| 93 | Photograph<br>Entered into Evidence | 152 |
| 94 | Photograph<br>Entered into Evidence | 152 |
| 95 | Photograph<br>Entered into Evidence | 152 |
| 96 | Photograph<br>Entered into Evidence | 152 |
| 97 | Duty Belt<br>Entered into Evidence<br>(Collective) | 144 |
| 98 | Receipts<br>Entered into Evidence<br>(Collective) | 151 |
| 99 | Two Gun Holsters<br>Entered into Evidence<br>(Collective) | 143 |
| 100 | Ammunition<br>Entered into Evidence | 148 |
| 101 | ID Holder<br>Entered into Evidence | 149 |
| 102 | Shell Casing from Victim's Belongings<br>Entered into Evidence | 155 |
| 103 | Suspect's Boots and Socks<br>Entered into Evidence<br>(Collective) | 157 |
| 104 | Victim's Clothing<br>Entered into Evidence<br>(Collective) | 156 |
| 105 | Suspect's Clothing<br>Entered into Evidence<br>(Collective) | 158 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

E X H I B I T S

| NO. | | PAGE |
|-----|--|------|
| 106 | CD of Video<br>Entered into Evidence | 188 |
| 107 | Official Firearms Examination Report<br>Entered into Evidence | 286 |
| 108 | Final Autopsy Report<br>Entered into Evidence | 354 |
| 109 | Bullet from Pelvis of Victim<br>Entered into Evidence | 154 |
| 110 | Bullet from Neck of Victim<br>Entered into Evidence | 155 |
| 111 | Cell Phone<br>Entered into Evidence | 130 |
| 112 | Copy of Twitter Posts<br>Marked for Identification Only | 111 |
| 113 | Photograph<br>Entered into Evidence | 345 |
| 114 | Photograph<br>Entered into Evidence | 345 |
| 115 | Photograph<br>Entered into Evidence | 345 |
| 116 | Photograph<br>Entered into Evidence | 345 |
| 117 | Photograph<br>Entered into Evidence | 345 |
| 118 | Photograph<br>Entered into Evidence | 345 |
| 119 | Photograph<br>Entered into Evidence | 345 |
| 120 | Photograph<br>Entered into Evidence | 345 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

E X H I B I T S

| 1 | NO. | | PAGE |
|---|---|---|---|
| 2 | 121 | Photograph<br>Entered into Evidence | 345 |
| 3 | | | |
| 4 | 122 | Photograph<br>Entered into Evidence | 345 |
| 5 | 123 | Photograph<br>Entered into Evidence | 345 |
| 6 | | | |
| 7 | 124 | Photograph<br>Entered into Evidence | 345 |
| 8 | 125 | Photograph<br>Entered into Evidence | 345 |
| 9 | | | |
| 10 | 126 | Photograph<br>Entered into Evidence | 345 |
| 11 | 127 | Photograph<br>Entered into Evidence | 345 |
| 12 | | | |
| 13 | 128 | Photograph<br>Entered into Evidence | 345 |
| 14 | 129 | Photograph<br>Entered into Evidence | 345 |
| 15 | | | |
| 16 | 130 | Photograph<br>Entered into Evidence | 345 |
| 17 | 131 | Photograph<br>Entered into Evidence | 345 |
| 18 | | | |
| 19 | 132 | Photograph<br>Entered into Evidence | 345 |
| 20 | 133 | Photograph<br>Entered into Evidence | 345 |
| 21 | | | |
| 22 | 134 | Photograph<br>Marked for Identification Only | 333 |
| 23 | 135 | Photograph<br>Marked for Identification Only | 333 |
| 24 | | | |
| 25 | 136 | Photograph<br>Entered into Evidence | 345 |

# E X H I B I T S

| NO. | | PAGE |
|-----|---|------|
| 137 | Photograph<br>Entered into Evidence | 345 |
| 138 | Photograph<br>Entered into Evidence | 345 |
| 139 | Photograph<br>Entered into Evidence | 345 |
| 140 | Photograph<br>Entered into Evidence | 345 |
| 141 | Photograph<br>Entered into Evidence | 345 |
| 142 | Photograph<br>Entered into Evidence | 345 |
| 143 | Photograph<br>Entered into Evidence | 345 |
| 144 | Photograph<br>Entered into Evidence | 345 |
| 145 | Photograph<br>Entered into Evidence | 345 |
| 146 | Photograph<br>Entered into Evidence | 345 |
| 147 | Photograph<br>Entered into Evidence | 345 |
| 148 | Photograph<br>Entered into Evidence | 345 |
| 149 | Photograph<br>Entered into Evidence | 345 |
| 150 | Mannequin Head<br>Entered into Evidence | 352 |
| 151 | Verdict Form<br>Marked for Identification Only | 604 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15     EXHIBIT NO. 1
16     TRIAL
17     Identified and made a part of the record
18     this 11th day of February, 2015.
19
20
21
22
23
24
25

STATE OF TENNESSEE VS.
James K. Hudgins

CASE NO.   102566     EXHIBIT NO. 1

DATE 7-29-14 ID_____ Evd ✓



EXHIBIT NO. 2

TRIAL

Identified and made a part of the record

this 11th day of February, 2015.



FILE DA

OCT 29 2015

000001
Requested By: MAYSM338
Officer of the Report Number
Rec'd By

KNOXVILLE POLICE DEPARTMENT
Date  11/06/13    Time: 10:10

Incident Number  Date    Time  Type  Dispo  Address                    CITY    Unit

******************* ******** ***** ****** ****** ****************************** ********** ********* ********

=============== ===== ====== === ===== ==================================== ===== == ==================== =============== ======== =======
KP131016-251501 20:17 1049  3  Q   206 OGLEWOOD AV                  JOE       KP/BOLO3   13/10/16 CC565
                                                                                         20:53

                 62        E       A-E      2069219


Date    Time                                                                    Operator
-------- -----                                                                   --------------------
13/10/16 20:19 Incident Initiated By: CC/WILLIAMS565                             WILLIAMS565
13/10/16 20:19 BOLO GREEN FORD SEDAN JAMES HUDGENS DRIVING 1058 LS TWD BROADWAY ON    09  WILLIAMS565
13/10/16 20:19 OGLEWOOD                                                    09     WILLIAMS565
13/10/16 20:19 NO LIC #                                                    09     WILLIAMS565
13/10/16 20:21 Units Recommended   KP/35C      KP/SG60C     KP/SG40C    KP/34C  KP/33C  MARCUM563
13/10/16 20:21 Stat KP/BOLO3       EN           Loc: 206 OGLEWOOD AV            MARCUM563
13/10/16 20:21 Primary Unit        CHANGED             KP/BOLO3          33     MARCUM563
13/10/16 20:53 Stat KP/BOLO3       IS                                           GUINNJ498
13/10/16 20:53 Disposition         CHANGED             Q                 30     GUINNJ498
13/10/16 20:53 Incident Closed: 13/10/16 20:53                           30     GUINNJ498
13/10/16 21:02 CP CALLING BACK FOR ETA OF OFFCR...CP TRANS TO KPD TELE FOR FURTHER INFO  10  JAYNES553
13/10/16 23:19 Incident Associated to: LKP131016251611 (A)              30     GUINNJ498
13/10/16 23:19 Incident Associated to: FKF131016031309 (A)              30     GUINNJ498
13/10/16 23:19 Incident Associated to: MKM131016039081 (A)              30     GUINNJ498
13/10/16 23:19 Incident Associated to: LKP131016251529 (A)              30     GUINNJ498
13/10/16 23:19 Incident Associated to: LKP131016251617 (A)              30     GUINNJ498
13/10/16 23:19 Incident Associated to: FKF131016031310 (A)              30     GUINNJ498
13/10/16 23:19 Incident Associated to: MKM131016039082 (A)              30     GUINNJ498
13/10/16 23:19 Incident Associated to: LKP131016251616 (A)              30     GUINNJ498
13/10/16 23:19 Incident Associated to: LKP131016251613 (A)              30     GUINNJ498
13/10/16 23:19 PER 39CK...SUSP LAST SEEN DRIVING TWD BROADWAY FROM E. CHURCHWELL  33  MARCUM563
13/10/16 23:20 SUSP IS A JAMES HUDGENS, W/M, TAN, POSS ADD OF 2000 WHITTLE SPRINGS RD  33  MARCUM563
13/10/16 23:20 OR AN ADD ON OGLEWOOD                                     33     MARCUM563
13/10/16 23:21 IAAssocInc LKP131016251611 UPDATE Type   to 1062          31     KINCAIDB520
13/10/16 23:21 IAAssocInc LKP131016251611 UPDATE Resp   to 2M            31     KINCAIDB520
13/10/16 23:21 POSS VEH TAG OF E14527                                    33     MARCUM563
13/10/16 23:24 SUSP CODE D ON OGLEWOOD PER 61A                           33     MARCUM563
13/10/16 23:25 IAAssocInc FKF131016031310 UPDATE Dispo  to CLR           43     NEARYA479
13/10/16 23:26 WHITTLE SPRINGS IS CLEAR PER 34C                          33     MARCUM563
13/10/16 23:26 SGT HEJNA ALREADY NOTIFIED, LEFT MESSAGE WITH SGT HILL @ 2326   30  GUINNJ498
13/10/16 23:28 DEBUSK NOTIFIED @ 2328                                    30     GUINNJ498
13/10/16 23:29 IAAssocInc LKP131016251616 UPDATE Cmnt * to DUP           30     GUINNJ498
13/10/16 23:29 IAAssocInc LKP131016251617 UPDATE Cmnt * to DUP           30     GUINNJ498
13/10/16 23:35 IAAssocInc LKP131016251613 UPDATE Cmnt * to DUP           34     HOUSTON384
13/10/16 23:39 INV CLEMMONS(215) NOTIFIED TO CALL SG230                  30     GUINNJ498
13/10/17 00:19 PER 79AK...SUSP VEH IS NOT SILVER BUT A BLUISH/GREEN FORD TAURUS  33  MARCUM563
13/10/17 01:33 ANOTHER POSS VEH FOR THE SUSP IS A 1995 FORD F250 SUPERCAB PU TRK...TN  33  MARCUM563
13/10/17 01:33 TAG# MLO706                                               33     MARCUM563
13/10/17 01:34 BOLO'D 2ND VEH @ 0134                                     33     MARCUM563
13/10/17 02:52 IAAssocInc LKP131016251611 UPDATE Dispo  to P             34     HOUSTON384


==== Vehicle / Subject Information ====
-------- -----

NO VEHICLE OR SUBJECT RECORDS FOR EVENT LKP131016251501.

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    EXHIBIT NO. 3
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```

STATE OF TENNESSEE VS.

James K. Hudgins

CASE NO. 102566    EXHIBIT NO. 3

DATE 7-29-14 ID____ Evd ✓____

FILED D3

OCT 29 2015

Clerk of the Courts

Rec'd by: MATSM338

Rec'd by: _____

KNOXVILLE POLICE DEPARTMENT                                                    PAGE: 000001
11/06/13    Time: 10:05                                                Recorded By: MATSM338
Incident Number Date    Time Type  Dispo Address           CITY      Unit     Officers    Report Number
*************** ******** ***** ***** ****** ****** ****************************** ********* ****** *********** ****************

================ ===== ====== === ===== =============================================== ===== == ===================== ============== ======== =======
KP131016-251529 20:59 1088  3  A   2217 N BROADWAY                          SEC/ DAVID        KP/65C      13/10/16 CC554
                                   KROGERS NORTH BR SC                                                   21:49
                                   61        E        A-E        8652574885


Date    Time                                                                               Operator
------- -----                                                                              --------------------
13/10/16 21:02 Incident Initiated By: CC/INBODEN554                                         INBODEN554
13/10/16 21:02 Original Location : KROGERS NORTH BR SC                                      INBODEN554
13/10/16 21:02 CP IS SEC//GUEST ON SCENE ADV HER GRANDCHILD WAS MOLESTED AND HER SON,  07   INBODEN554
13/10/16 21:02 THE CHILDS FATHER, IS THREATENING TO KILL THE SUSP// THE SON IS SUPPOSED 07  INBODEN554
13/10/16 21:02 TO BE A FORMER COP//THE CP WALKED TO THE BACK OF THE STORE//SON IS IN A  07   INBODEN554
13/10/16 21:02 WHITE VAN                                                                07   INBODEN554
13/10/16 21:03 CP IS TRYING TO FIND THE LADY THAT TOLD HIM THIS TO GET FURTHER          07   INBODEN554
13/10/16 21:04 Units Recommended    BKP/64A       KP/64C      BKP/65A    KP/65C   BKP/35A     MARCUM563
13/10/16 21:04 Stat KP/64C         D              Loc: 2217 N BROADWAY                       MARCUM563
13/10/16 21:04 Stat KP/65C         D              Loc: 2217 N BROADWAY                       MARCUM563
13/10/16 21:04 Primary Unit        CHANGED        KP/64C                              33    MARCUM563
13/10/16 21:05 ORIGINAL CP IS GRANDMOTHER ALMA 455-3675//SON IS JAMES HUDGINS USED TO   07   INBODEN554
13/10/16 21:05 WORK FOR ANDERSON CO PD//UNKNOWN IF HE IS ARMED                          07   INBODEN554
13/10/16 21:06 Stat KP/SG60C       D              Loc: 2217 N BROADWAY                       MARCUM563
13/10/16 21:06 THE CHILD IS 15YO AND WAS MOLESTED BY THE MOTHER'S BOYFRIEND//CP DOES    07   INBODEN554
13/10/16 21:06 NOT KNOW WHERE THE CHILD IS BUT LIVES ON OAKWOOD OR BURWELL             07   INBODEN554
13/10/16 21:06 --CORRECTION THE SON IS BLACK VAN IN HANDICAP PARKING SPOT              07   INBODEN554
13/10/16 21:08 CP KEEPS SAYING TO PLEASE NOT HURT HER SON//CP ADV HE IS VERY UPSET     07   INBODEN554
13/10/16 21:08 AND SHE IS WORRIED WHAT WILL HAPPEN WHEN OFFICERS COME                  07   INBODEN554
13/10/16 21:11 Stat KP/65C         A -ARRIVED     Loc: 2217 N BROADWAY                       MARCUM563
13/10/16 21:13 Stat KP/64C         A -ARRIVED     Loc: 2217 N BROADWAY                       MARCUM563
13/10/16 21:15 Stat KP/SG60C       A -ARRIVED     Loc: 2217 N BROADWAY                       MARCUM563
13/10/16 21 29 Report Num: Fmt-05  LKP131016037020 - ADDED TO EVENT          ForKP/64C       GUINNJ498
13/10/16 21:29 61//91                                                                  30   GUINNJ498
13/10/16 21:33 Stat KP/SG60C       NL             Loc: 321 CHURCHWELL                        MARCUM563
13/10/16 21:33 Stat KP/64C         NL             Loc: 321 CHURCHWELL                        MARCUM563
13/10/16 21:33 Stat KP/65C         NL             Loc: 321 CHURCHWELL                        MARCUM563
13/10/16 21:49 Stat KP/SG60C       IS                                                       MARCUM563
13/10/16 21:49 Stat KP/64C         IS                                                       COPLANN1998
13/10/16 21:49 Primary Unit        CHANGED Fr: KP/64C     KP/65C                      00    MOSESJ1886
13/10/16 21:49 Stat KP/65C         IS                                                       MARCUM563
13/10/16 21:49 Disposition         CHANGED           A                              33    MARCUM563
13/10/16 21:49 Incident Closed: 13/10/16 21:49                                         33    MARCUM563
13/10/16 23:05 Incident Associated to: LKP131016251611 (A)                             31    KINCAIDB520
13/10/16 23:05 Incident Associated to: FKF131016031309 (A)                             31    KINCAIDB520
13/10/16 23:05 Incident Associated to: MKM131016039081 (A)                             31    KINCAIDB520
13/10/16 23:05 VIC IS LARRY UNKN LAST ABOUT 45+                                        09    WILLIAMS565
13/10/16 23:05 CURTIS ADV 1091                                                         09    WILLIAMS565
13/10/16 23:07 OFFICERS ON SCENE                                                       09    WILLIAMS565
13/10/16 23:08 IAAssocInc MKM131016039081 UPDATE Cmnt * to ZM                          10    JAYNES553
13/10/16 23:10 Incident Associated to: LKP131016251617 (A)                             31    KINCAIDB520
13/10/16 23:10 Incident Associated to: FKF131016031310 (A)                             31    KINCAIDB520
13/10/16 23:10 Incident Associated to: MKM131016039082 (A)                             31    KINCAIDB520
13/10/16 23:10 Incident Associated to: LKP131016251616 (A)                             31    KINCAIDB520

INCIDENT   RECALL

| Incident | Time | Type | Pri Dispo | Address<br>Location | Bldg | Apt | Callers Name<br>Callers Address | P-unit | Close<br>Date/<br>Time | Operator |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | BEAT | TEAM/Dist   AREA | | | Callers Phone | | | |
| 13/10/16 | 23:10 | Incident Associated to:  LKP131016251613 (A) | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 | 23:11 | IAAssocInc FKF131016031309 UPDATE Dispo  to CLR | | | | | 44 | LIEBEN567 | | |
| 13/10/16 | 23:19 | Incident Associated to:  LKP131016251501 (A) | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:19 | PER 39CK...SUSP LAST SEEN DRIVING TWD BROADWAY FROM E. CHURCHWELL | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:20 | SUSP IS A JAMES HUDGENS, W/M, TAN, POSS ADD OF 2000 WHITTLE SPRINGS RD | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:20 | OR AN ADD ON OGLEWOOD | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:21 | IAAssocInc LKP131016251611 UPDATE Type  to 1062 | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 | 23:21 | IAAssocInc LKP131016251611 UPDATE Resp  to 2M | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 | 23:21 | POSS VEH TAG OF E14527 | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:24 | SUSP CODE D ON OGLEWOOD PER 61A | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:25 | IAAssocInc FKF131016031310 UPDATE Dispo  to CLR | | | | | 43 | NEARYA479 | | |
| 13/10/16 | 23:26 | WHITTLE SPRINGS IS CLEAR PER 34C | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:26 | SGT HEJNA ALREADY NOTIFIED, LEFT MESSAGE WITH SGT HILL @ 2326 | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:28 | DEBUSK NOTIFIED @ 2328 | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:29 | IAAssocInc LKP131016251616 UPDATE Cmnt * to DUP | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:29 | IAAssocInc LKP131016251617 UPDATE Cmnt * to DUP | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:35 | IAAssocInc LKP131016251613 UPDATE Cmnt * to DUP | | | | | 34 | HOUSTON384 | | |
| 13/10/16 | 23:39 | INV CLEMMONS(215) NOTIFIED TO CALL SG230 | | | | | 30 | GUINNJ498 | | |
| 13/10/17 | 00:19 | PER 79AK...SUSP VEH IS NOT SILVER BUT A BLUISH/GREEN FORD TAURUS | | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:33 | ANOTHER POSS VEH FOR THE SUSP IS A 1995 FORD F250 SUPERCAB PU TRK...TN | | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:33 | TAG# MLO706 | | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:34 | BOLO'D 2ND VEH @ 0134 | | | | | 33 | MARCUM563 | | |
| 13/10/17 | 02:52 | IAAssocInc LKP131016251611 UPDATE Dispo  to P | | | | | 34 | HOUSTON384 | | |

==== Vehicle / Subject Information ====

NO VEHICLE OR SUBJECT RECORDS FOR EVENT LKP131016251529.

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    EXHIBIT NO. 4
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```

STATE OF TENNESSEE VS.
James K. Hudgins

CASE NO.  102566    EXHIBIT NO. 4

DATE 7-29-14 ID ___ Evd ✓



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15   EXHIBIT NO. 5

16   TRIAL

17   Identified and made a part of the record

18   this 11th day of February, 2015.

19

20

21

22

23

24

25
```

STATE OF TENNESSEE VS.
James K. Hudgins

CASE NO. 102566    EXHIBIT NO. 5 coll



PAGE: 000001

KNOXVILLE POLICE DEPART    DATE 7-29-14 ID ___ Evd ✓
Date  )/23/13   Time. .....
Incident Number Date   Time  Type  Dispo  Address

Requested By: MAYSMJ38
Clk rec'd by ____ Unit    Officers    Report Number

*************** ******** ***** ***** *****  ******** ********** ********* *********** *********** **************

KP131016-251611 22:57 1062  1  P    321 E CHURCHWELL AV    BRIANNA    KP/239    13/10/17 CC565
                                     UERY CALLER FOR LOCA   35:59:19N,83:56:39W          09:45
                                61        E        A-E     8659638687

Operator
---------------------

Date   Time
------ -----

| Date | Time | Event | | | | | | Operator |
|------|------|-------|---|---|---|---|---|----------|
| | | | | | | | | WILLIAMS565 |
| 13/10/16 | 22:57 | Incident Initiated By: CC/WILLIAMS565 | | | | | 09 | WILLIAMS565 |
| 13/10/16 | 22:57 | Original Location : UERY CALLER FOR LOCA | | | | | 09 | WILLIAMS565 |
| 13/10/16 | 22:57 | QT | | | | | 09 | WILLIAMS565 |
| 13/10/16 | 22:57 | Incident Associated to: FKF131016031309 (C) | | | | | 09 | WILLIAMS565 |
| 13/10/16 | 22:57 | Incident Associated to: MKM131016039081 (C) | | | | | | KINCAIDB520 |
| 13/10/16 | 22:58 | Units Recommended   KP/61C | KP/63C | KP/65C | KP/64C | KP/35C | | MARCUM563 |
| 13/10/16 | 22:58 | Units Recommended   KP/61C | KP/63C | KP/65C | KP/64C | KP/35C | 44 | LIEBEN567 |
| 13/10/16 | 22:58 | Child Inc  FKF131016031309 UPDATE Cmnt * to 01 | | | | | 09 | WILLIAMS565 |
| 13/10/16 | 22:58 | CP ADV HER DAD SHOT A MAN HERE | | | | | 44 | LIEBEN567 |
| 13/10/16 | 22:58 | Child Inc  FKF131016031309 UPDATE PriUnt to KF/EN11 | | | | | 30 | GUINNJ498 |
| 13/10/16 | 22:58 | R/M ADV @ 2258 | | | | | | WILLIAMS565 |
| 13/10/16 | 22:58 | Caller Nam Fr: SPRINT NEXTEL - CDMA | To: BRIANNA | | | | | MARCUM563 |
| 13/10/16 | 22:58 | Stat KP/61C      D | Loc: 1105 RIDER AV | | | | | MARCUM563 |
| 13/10/16 | 22:58 | Stat KP/63C      D | Loc: 1105 RIDER AV | | | | 33 | MARCUM563 |
| 13/10/16 | 22:58 | Primary Unit     CHANGED | KP/61C | | | | 09 | WILLIAMS565 |
| 13/10/16 | 22:58 | VIC IS ON THE PORCH | | | | | 31 | KINCAIDB520 |
| 13/10/16 | 22:58 | BOLOD B AND D @  2258 | | | | | | KINCAIDB520 |
| 13/10/16 | 22:59 | Units Recommended   KP/65C | KP/64C | KP/35C | KP/36A | KP/36C | 10 | JAYNES553 |
| 13/10/16 | 22:59 | METRO NOTIFIED | | | | | | MARCUM563 |
| 13/10/16 | 22:59 | Units Recommended   KP/65C | KP/64C | KP/35C | KP/36A | KP/36C | 09 | WILLIAMS565 |
| 13/10/16 | 22:59 | CP ADV VIC GOT SHOT NUMEROUS TIMES | | | | | | MARCUM563 |
| 13/10/16 | 22:59 | Stat KP/38A      D | Loc: 1105 RIDER AV | | | | | KINCAIDB520 |
| 13/10/16 | 22:59 | Stat KP/226      EN | Loc: 1105 RIDER AV | | | | | MARCUM563 |
| 13/10/16 | 22:59 | Stat KP/SG40A    D | Loc: 1105 RIDER AV | | | | | KINCAIDB520 |
| 13/10/16 | 23:00 | Stat KP/239      EN | Loc: 1105 RIDER AV | | | | 09 | WILLIAMS565 |
| 13/10/16 | 23:00 | VICTIM UNKN NAME | | | | | | MARCUM563 |
| 13/10/16 | 23:00 | Stat KP/33A      D | Loc: 1105 RIDER AV | | | | 09 | WILLIAMS565 |
| 13/10/16 | 23:00 | CP ADV VIC MAY BE DEAD | | | | | | KINCAIDB520 |
| 13/10/16 | 23:00 | Units Recommended   KP/65C | KP/64C | KP/35C | KP/36A | KP/36C | | MARCUM563 |
| 13/10/16 | 23:00 | Stat KP/61C      IS | | | | | 33 | MARCUM563 |
| 13/10/16 | 23:00 | Primary Unit     CHANGED Fr: KP/61C | KP/239 | | | | | MARCUM563 |
| 13/10/16 | 23:00 | Stat KP/63C      IS | | | | | | KINCAIDB520 |
| 13/10/16 | 23:00 | Stat KP/CU276    D | Loc: 1105 RIDER AV | | | | 09 | WILLIAMS565 |
| 13/10/16 | 23:00 | CURTIS JOHNSON NEIGHBOR NOW IN THE PHONE | | | | | | KINCAIDB520 |
| 13/10/16 | 23:00 | Stat KP/CU268    D | Loc: 1105 RIDER AV | | | | | KINCAIDB520 |
| 13/10/16 | 23:00 | Stat KP/CU276    IS | | | | | 09 | WILLIAMS565 |
| 13/10/16 | 23:00 | SUSP LEFT IN A VEH | | | | | 09 | WILLIAMS565 |
| 13/10/16 | 23:01 | BRIANNA SAID HER FATHER SHOT THE MAN | | | | | 09 | WILLIAMS565 |
| 13/10/16 | 23:02 | SUSP IS JAMES HUDGENS | | | | | | MARCUM563 |
| 13/10/16 | 23:02 | Stat KP/SG40A    A -ARRIVED | Loc: 1105 RIDER AV | | | | 09 | WILLIAMS565 |
| 13/10/16 | 23:02 | SUSP LEFT IN A FORD TAURUS | | | | | 44 | LIEBEN567 |
| 13/10/16 | 23:02 | Child Inc  FKF131016031309 First Unit Arrived: KF/EN11 | | AS | | | 09 | WILLIAMS565 |
| 13/10/16 | 23:02 | SILVER-GREEN | | | | | | MARCUM563 |
| 13/10/16 | 23:03 | Stat KP/33A      A -ARRIVED | Loc: 1105 RIDER AV | | | | | |

INCIDENT   RECALL

| ncident | Time | Type | Pri Dispo | Address Location | Bldg Apt | Callers Name Callers Address Callers Phone | P-unit | Close Date/ Time | Operator |
|---|---|---|---|---|---|---|---|---|---|
| | | | | BEAT   TEAM/Dist   AREA | | | | | |
| .3/10/16 23:03 | VIC WAS SHOT BEFORE SUSP LEFT THE SCENE | | | | | 09 | WILLIAMS565 | | |
| .3/10/16 23:04 | Address | | | Fr: 1105 RIDER AV | To: 321 E CHURCHWELL AV | | WILLIAMS565 | | |
| 13/10/16 23:04 | CP ADV HIGH ABDOMINE WOUNDS | | | | | 09 | WILLIAMS565 | | |
| 13/10/16 23:04 | VIC SHOT BELOW DIAPHARAM | | | | | 09 | WILLIAMS565 | | |
| 13/10/16 23:05 | Address | | | Fr: 321 E CHURCHWELL AV | To: 321 E CHURCHWELL AV | | MARCUM563 | | |
| 13/10/16 23:05 | POSS RELATED TO EARLIER CALL FROM BSC PER 64C | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:05 | Units Recommended   KP/61A       KP/61C       KP/62A       KP/63C       KP/64C | | | | | | MARCUM563 | | |
| 13/10/16 23:05 | Incident Associated to:  LKP131016251529 (A) | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:05 | Stat KP/62A       D | | | Loc: 321 E CHURCHWELL AV | | | MARCUM563 | | |
| 13/10/16 23:05 | Stat KP/61A       D | | | Loc: 321 E CHURCHWELL AV | | | MARCUM563 | | |
| 13/10/16 23:05 | VIC IS LARRY UNKN LAST ABOUT 45+ | | | | | 09 | WILLIAMS565 | | |
| 13/10/16 23:05 | CURTIS ADV 1091 | | | | | 09 | WILLIAMS565 | | |
| 13/10/16 23:07 | Stat KP/61C       D | | | Loc: 321 E CHURCHWELL AV | | | MARCUM563 | | |
| 13/10/16 23:07 | Stat KP/SG40A     A -ARRIVED | | | Loc: 1105 RIDER AV | | | MARCUM563 | | |
| 13/10/16 23:07 | OFFICERS ON SCENE | | | | | 09 | WILLIAMS565 | | |
| 13/10/16 23:07 | PER 64C...JAMES IS BRIANNA'S DAD AND THE POSS VICT IS BRIANNA'S | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:07 | STEPFATHER | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:08 | Child Inc  MKM131016039081 UPDATE Cmnt * to ZM | | | | | 10 | JAYNES553 | | |
| 13/10/16 23:08 | ADV R/M AND KFD TO GO IN @ 2307 | | | | | 33 | MARCUM563 | | |
| 13/10/16 23:08 | LT30A REQ MAJOR CRIMES AND CRIMELAB | | | | | 33 | MARCUM563 | | |
| 13/10/16 23:10 | Incident Associated to:  LKP131016251617 (A) | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:10 | Incident Associated to:  FKF131016031310 (A) | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:10 | Incident Associated to:  MKM131016039082 (A) | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:10 | Incident Associated to:  LKP131016251616 (A) | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:10 | Incident Associated to:  LKP131016251613 (A) | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:10 | Stat KP/CU268     A | | | Loc: 1105 RIDER AV | | | KINCAIDB520 | | |
| 13/10/16 23:10 | SUSP IS A JAMES HUDGENS W/M, TAN, POSS ADD 2000 WHITTLE SPRINGS RD OR AN | | | | | 33 | MARCUM563 | | |
| 13/10/16 23:10 | ADDRESS ON OGLEWOOD ACROSS FROM 206 | | | | | 33 | MARCUM563 | | |
| 13/10/16 23:11 | Stat KP/61A       NL | | | Loc: 206 OGLEWOOD | | | MARCUM563 | | |
| 13/10/16 23:11 | Child Inc  FKF131016031309 UPDATE Dispo  to CLR | | | | | 44 | LIEBEN567 | | |
| 13/10/16 23:11 | Stat KP/61C       A -ARRIVED | | | Loc: 321 E CHURCHWELL AV | | | MARCUM563 | | |
| 13/10/16 23:11 | Stat KP/62A       A -ARRIVED | | | Loc: 321 E CHURCHWELL AV | | | MARCUM563 | | |
| 13/10/16 23:14 | Stat KP/CU275     D | | | Loc: 321 E CHURCHWELL AV | | | KINCAIDB520 | | |
| 13/10/16 23:14 | Stat KP/62A       NL | | | Loc: OGLEWOOD | | | MARCUM563 | | |
| 13/10/16 23:14 | Unit KP/CU268     Status Location Added | | | Loc: CHURCHWELL | | | KINCAIDB520 | | |
| 13/10/16 23:14 | Stat KP/239       A -ARRIVED | | | Loc: 1105 RIDER AV | | | GUINNJ498 | | |
| 13/10/16 23:14 | Stat KP/226       A -ARRIVED | | | Loc: 1105 RIDER AV | | | GUINNJ498 | | |
| 13/10/16 23:15 | Stat KP/38A       BS-BAD 10-97 TIME | | | Loc: 1105 RIDER AV | | | MARCUM563 | | |
| 13/10/16 23:19 | Incident Associated to:  LKP131016251501 (A) | | | | | 30 | GUINNJ498 | | |
| 13/10/16 23:19 | PER 39CK...SUSP LAST SEEN DRIVING TWD BROADWAY FROM E. CHURCHWELL | | | | | 33 | MARCUM563 | | |
| 13/10/16 23:19 | Stat KP/SG230     EN | | | Loc: 321 E CHURCHWELL AV | | | GUINNJ498 | | |
| 13/10/16 23:20 | SUSP IS A JAMES HUDGENS, W/M, TAN, POSS ADD OF 2000 WHITTLE SPRINGS RD | | | | | 33 | MARCUM563 | | |
| 13/10/16 23:20 | OR AN ADD ON OGLEWOOD | | | | | 33 | MARCUM563 | | |
| 13/10/16 23:21 | CONFIRMED 1062 PER 33A | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 23:21 | Incident Type      CHANGED Fr: 1081A      To: 1062 | | | | | | KINCAIDB520 | | |
| 13/10/16 23:21 | Response Type      CHANGED              To: 2M | | | | | | KINCAIDB520 | | |
| 13 6 23:21 | POSS VEH TAG OF E14527 | | | | | 33 | MARCUM563 | | |
| 13/10/16 23:21 | Plate Number      CHANGED              To: TN-E14527 | | | | | | KINCAIDB520 | | |
| 13/10/16 23:22 | **SUSP**JAMES HUDGINS W/M @ 2000 WHITTLE SPRINGS RD..2002 WHT FORD TAURUS | | | | | 31 | KINCAIDB520 | | |

I N C I D E N T   R E C A L L

| ncident | Time | Type Pri Dispo | Address Location | Bldg Apt | Callers Name Callers Address | P-unit | Close Date/ Time | Operator |
|---|---|---|---|---|---|---|---|---|
| | | | BEAT TEAM/Dist AREA | | Callers Phone | | | |
| 3/10/16 | 23:22 | LEFT MESSAGE FOR LT LANE @ 2322 | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:23 | CORONER BUSY @ 2323 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:23 | Stat KP/63C         D | Loc: 321 E CHURCHWELL AV | | | KINCAIDB520 | | |
| 3/10/16 | 23:24 | SUSP CODE D ON OGLEWOOD PER 61A | | | 33 | MARCUM563 | | |
| 3/10/16 | 23:24 | LT AYUB NOTIFIED @ 2324 | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:25 | SGT DALTON ALREADY NOTIFIED @ 2325 | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:25 | ADV CHIEF PRICE @ 2324 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:25 | IAAssocInc FKF131016031310 UPDATE Dispo  to CLR | | | 43 | NEARYA479 | | |
| 3/10/16 | 23:25 | Stat KP/61A         NL | Loc: CHURCHWELL | | | MARCUM563 | | |
| 3/10/16 | 23:26 | Stat KP/62A         IS | | | | JANISHM1944 | | |
| 3/10/16 | 23:26 | WHITTLE SPRINGS IS CLEAR PER 34C | | | 33 | MARCUM563 | | |
| 3/10/16 | 23:26 | SGT HEJNA ALREADY NOTIFIED, LEFT MESSAGE WITH SGT HILL @ 2326 | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:26 | ADV CHIEF HOUK @ 2326 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:27 | CORONER ADV @ 2327..INV SLATTERY WILL CALL AS SOON AS SHE ARRIVES | | | 43 | NEARYA479 | | |
| 3/10/16 | 23:28 | ADV CHIEF GASS @ 2328 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:28 | DEBUSK NOTIFIED @ 2328 | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:28 | ADV CHIEF HOLLIDAY @ 2328 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:29 | IAAssocInc LKP131016251616 UPDATE Cmnt * to DUP | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:29 | IAAssocInc LKP131016251617 UPDATE Cmnt * to DUP | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:30 | MSG FOR CAPT CATLETT @ 2329 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:30 | Stat KP/32A         D | Loc: 321 E CHURCHWELL AV | | | MARCUM563 | | |
| 3/10/16 | 23:30 | Stat KP/36A         D | Loc: 321 E CHURCHWELL AV | | | MARCUM563 | | |
| 3/10/16 | 23:30 | LEFT MSG CAPT JONES @ 2330 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:31 | Stat KP/32A         EN | Loc: 3RD FLOOR | | | MARCUM563 | | |
| 3/10/16 | 23:31 | Stat KP/36A         EN | Loc: 3RD FLOOR | | | MARCUM563 | | |
| 3/10/16 | 23:31 | LEFT MESSAGE WITH LT DOUG STILES | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:32 | ADV CPTN THOMAS @ 2331 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:32 | Stat KP/SG230       A -ARRIVED | Loc: 321 E CHURCHWELL AV | | | GUINNJ498 | | |
| 3/10/16 | 23:32 | HAD TO LEAVE MSG FOR CPTN THOMAS | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:32 | LT JEFF STILES NOTIFIED @ 2332 | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:33 | Stat KP/63C         IS | | | | MUNSOND2123 | | |
| 3/10/16 | 23:33 | ADV CPTN ALLEN @ 2333 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:34 | ADV CPTN THOMAS @ 2334 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:35 | IAAssocInc LKP131016251613 UPDATE Cmnt * to DUP | | | 34 | HOUSTON384 | | |
| 3/10/16 | 23:35 | LEFT MESSAGE WITH CAPT WOOLDRIDGE @ 2335 | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:36 | Report Num: Fmt-05  LKP131016037037 - ADDED TO EVENT | | ForKP/239 | | HOUSTON384 | | |
| 3/10/16 | 23:36 | ALL NOTIFICATIONS MADE @ 2336 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:38 | LT AYUB NOTIFIED TO BRING MOBILE SCREEN TO THE SCENE | | | 34 | HOUSTON384 | | |
| 3/10/16 | 23:39 | INV CLEMMONS(215) NOTIFIED TO CALL SG230 | | | 30 | GUINNJ498 | | |
| 3/10/16 | 23:39 | Stat KP/215         EN | Loc: 321 E CHURCHWELL AV | | | GUINNJ498 | | |
| 3/10/16 | 23:40 | ADV CPTN JONES @ 2339 | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:41 | 2ND NUMBER FOR CATLETT IS INCORRECT | | | 31 | KINCAIDB520 | | |
| 3/10/16 | 23:47 | Stat KP/CU276       D | Loc: 3RD FLOOR | | | KINCAIDB520 | | |
| 3/10/16 | 23:50 | Stat KP/226         NL | Loc: 3RD FLOOR | | | KINCAIDB520 | | |
| 3/10/16 | 23:53 | Units Recommended   KP/63C      BKP/64A      KP/65C      KP/35C      KP/31E | | | | MARCUM563 | | |
| 3/10/16 | 23:53 | Stat KP/SG260       D | Loc: 321 E CHURCHWELL AV | | | MARCUM563 | | |
| 3/10/16 | 23:54 | Stat KP/SG260       D | Loc: Unit Transferred To KPCCL | | | MARCUM563 | | |
| 3/10/16 | 23:54 | Stat KP/SG230       EN | Loc: SAFETY BUILDING | | | GUINNJ498 | | |
| 3/10/16 | 23:56 | Stat KP/61A         T -TRANSPORT | Loc: 3RD FLR | | | HOUSTON384 | | |

KNOXVILLE POLICE DEPARTMENT
Date: 10/23/13   Time: 08:10

I N C I D E N T   R E C A L L

| Incident | Time | Type | Pri | Dispo | Address / Location | Bldg Apt | Callers Name / Callers Address | | P-unit | Close Date/ Time | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BEAT TEAM/Dist AREA | | Callers Phone | | | | |
| 13/10/17 | 00:09 | Stat KP/36A | | IS | | | | | | ROMANINIW2081 | |
| 13/10/17 | 00:11 | CLEMMENS WITH FAMILY CRIMES ENRT | | | | | | 02 | | BIGGSJ518 | |
| 13/10/17 | 00:12 | Unit KP/38A | | UPDATED Onduty Info | | Inf: A:A-E V:1815 | | | | HEADRICKB1815 | |
| 13/10/17 | 00:12 | Unit KP/38A | | UPDATED Capability | | Cap: | 1M MT | | | HEADRICKB1815 | |
| 13/10/17 | 00:12 | Unit KP/38A | | UPDATED Onduty Info | | Inf: A:A-E V:1815 | | | | HEADRICKB1815 | |
| 13/10/17 | 00:12 | Unit KP/38A | | UPDATED Capability | | Cap: | 1M MT | | | HEADRICKB1815 | |
| 13/10/17 | 00:12 | Unit KP/38A | | Beats | Added | | | | | HEADRICKB1815 | |
| 13/10/17 | 00:19 | PER 79AK...SUSP VEH IS NOT SILVER BUT A BLUISH/GREEN FORD TAURUS | | | | | | 33 | | MARCUM563 | |
| 13/10/17 | 00:19 | SUBJ CALLED FROM 2401 DUTCH VALLEY SAID HE HAD HIS SON WITH HIM AND | | | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 00:19 | WANTED TO SPEND TIME WITH HIS SON AND THEN WAS GOING TO 1060...HANGS OUT | | | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 00:19 | AT THE DUCK POND | | | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 00:24 | Stat KP/215 | | A -ARRIVED | Loc: SAFETY BUILDING | | | | | GUINNJ498 | |
| 13/10/17 | 00:25 | 237-9371--- | | EXT @ 7330 | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 00:35 | Stat KP/CU276 | | IS | | | | | | MARCUM563 | |
| 13/10/17 | 01:01 | Stat KP/61C | | IS | | | | | | HOUSTON384 | |
| 13/10/17 | 01:12 | REQ 1047 FOR TRANSPORT | | | | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:23 | 61A REQ CHAPLAIN TO THE 3RD FLOOR | | | | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:26 | Units Recommended | | KP/61C | KP/62A | KP/64A | KP/35A | KP/36A | | MARCUM563 | |
| 13/10/17 | 01:28 | Stat KP/LT30A | | D | Loc: 321 E CHURCHWELL AV | | | | | HOUSTON384 | |
| 13/10/17 | 01:28 | Stat KP/LT30A | | A -ARRIVED | Loc: 321 E CHURCHWELL AV | | | | | HOUSTON384 | |
| 13/10/17 | 01:28 | Units Recommended | | KP/61C | KP/62A | KP/64A | KP/35A | KP/36A | | MARCUM563 | |
| 13/10/17 | 01:29 | Stat KP/CH474 | | EN | Loc: 321 E CHURCHWELL AV | | | | | MARCUM563 | |
| 13/10/17 | 01:30 | Stat KP/61A | | T -TRANSPORT | Loc: 416 E CHURCHWELL | | | | | MARCUM563 | |
| 13/10/17 | 01:30 | BOLO: JAMES HUDGINS, WM 5FT10,165# 02 FORD TAURUS TEAL/BLUE/GREEN COLOR | | | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 01:30 | LIC:E14527, LKA 2000 WHITTLE SPRINGS...MAY HAVE 16YO SON WITH HIM. POSS | | | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 01:30 | 1060 AND IS A 1062 SUSP... KNOX CO, THP, ANDERSON CO.... PREVIOUS HAND | | | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 01:30 | GUN FELONY CHARGES.. | | | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 01:32 | Stat KP/215 | | AH-AT HOSPITAL | Loc: FSRMC | | | | | MARCUM563 | |
| 13/10/17 | 01:32 | KCSO REBOLO'D | | | | | | 22 | | FLOWERS TIFFANY | |
| 13/10/17 | 01:33 | ANOTHER POSS VEH FOR THE SUSP IS A 1995 FORD F250 SUPERCAB PU TRK...TN | | | | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:33 | TAG# MLO706 | | | | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:33 | Plate Number | | CHANGED | To: TN-MLO706 | | | | | MARCUM563 | |
| 13/10/17 | 01:34 | BOLO'D 2ND VEH @ 0134 | | | | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:36 | THP AND ANDERSON CO NOTIFIED | | | | | | 34 | | HOUSTON384 | |
| 13/10/17 | 01:39 | Stat KP/LT30A | | IS | | | | | | HOUSTON384 | |
| 13/10/17 | 01:40 | Stat KP/215 | | AH-AT HOSPITAL | Loc: SMC | | | | | MARCUM563 | |
| 13/10/17 | 01:40 | Stat KP/61A | | IS | | | | | | HOUSTON384 | |
| 13/10/17 | 01:40 | Unit KP/215 | | Status Location Added | Loc: SMMC | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:44 | EMS SUPERVISOR ADV'D TO BE ENROUTE @ 0143...ETA 5MINS | | | | | | | | HOUSTON384 | |
| 13/10/17 | 01:51 | Stat KP/33A | | IS | | | | | | GUINNJ498 | |
| 13/10/17 | 02:13 | Stat KP/SG40A | | IS | | | | | | HEADRICKB1815 | |
| 13/10/17 | 02:13 | Stat KP/38A | | IS | | | | | | GUINNJ498 | |
| 13/10/17 | 02:37 | Stat KP/32A | | T -TRANSPORT | Loc: 206 OGLEWOOD AV | | | | | DALTONJ1637 | |
| 13/10/17 | 02:39 | Stat KP/SG260 | | IS | | | | | | KINCAIDB520 | |
| 13/10/17 | 02:39 | Stat KP/CU268 | | IS | | | | | | HOUSTON384 | |
| 13/10/17 | 02:39 | Stat KP/CU275 | | IS | | | | | | HOUSTON384 | |
| 13/10/17 | 02:52 | Stat KP/CH474 | | IS | | | | | | HOUSTON384 | |
| 13/10/17 | 02:52 | Disposition | | CHANGED | P | | | 34 | | GUINNJ498 | |
| 13/10/17 | 02:54 | Stat KP/32A | | IS | | | | | | | |

KNOXVILLE POLICE DEPARTMENT
Date: 10/23/13    Time: 08:10

I N C I D E N T   R E C A L L

| Incident | Time | Type | Pri | Dispo | Address<br>Location<br>BEAT TEAM/Dist AREA | Bldg Apt | Callers Name<br>Callers Address<br>Callers Phone | P-unit | Close<br>Date/<br>Time | Operator |
|---|---|---|---|---|---|---|---|---|---|---|
| 13/10/17 03:42 | Stat | KP/215 | | EN | Loc: SAFETY BUILDING | | | GUINNJ498 | | |
| 13/10/17 03:42 | Stat | KP/215 | | IS | | | | GUINNJ498 | | |
| 13/10/17 04:06 | Stat | KP/SG230 | | IS | | | | GUINNJ498 | | |
| 13/10/17 09:45 | Stat | KP/226 | | IS | | | | WELLS103 | | |
| 13/10/17 09:45 | Stat | KP/239 | | IS | | | | WELLS103 | | |
| 13/10/17 09:45 | Incident Closed: 13/10/17 09:45 | | | | | | 31 | WELLS103 | | |

==== Vehicle / Subject Information ====
--------- -----

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13/10/16 23:21 | Vehicle:: Role:VS01 Color: | Year: | Make: | Model: | | | | KINCAIDB520 | |
| 13/10/16 23:21 | Style: | Plate:E14527 | State:TN | Type: | | | | KINCAIDB520 | |
| 13/10/16 23:21 | Misc: | | | | | | | KINCAIDB520 | |
| 13/10/16 23:21 | Prob. Cause: | Search Typ: | | Searched: | Property: | | | KINCAIDB520 | |
| 13/10/17 01:33 | Vehicle:: Role:VS02 Color: | Year: | Make: | Model: | | | | MARCUM563 | |
| 13/10/17 01:33 | Style: | Plate:MLO706 | State:TN | Type: | | | | MARCUM563 | |
| 13/10/17 01:33 | Misc: | | | | | | | MARCUM563 | |
| 13/10/17 01:33 | Prob. Cause: | Search Typ: | | Searched: | Property: | | | MARCUM563 | |

KNOXVILLE POLICE DEPARTMENT
Date: 10/23/13    Time: 08:17
Incident Number  Date    Time  Type  Dispo  Address                                                          CITY      Unit      Officers      Report Number

PAGE: 000001
Requested By: MAYSM338

*************** ******** **** ***** ***** ****************************** ********* *********** *********** ***************

=============== ===== ===== === ===== =========================== ===== == ==================== ============ ======= ======
KP131016-251613 22:58 1085  3  DUP  416 E CHURCHWELL AV                        BRYAN ROSE                    13/10/16 CC535
                                                                               416 E CHURCHWELL AV           23:35
                           61         E          A-E                           8653577663

Date   Time                                                                                    Operator
------ -----                                                                                    --------
13/10/16 22:58 Incident Initiated By: CC/CURRIERG535                                           CURRIERG535
13/10/16 22:58 GUNSHOTS IN THE AREA                                                     05     CURRIERG535
13/10/16 22:59 DUPCALL: UERY CALLER FOR LOCA           KN                               07     INBODEN554
13/10/16 22:59 CNAME: KATHY WALSH          CPH: 8654554024                               07     INBODEN554
13/10/16 22:59 CADDR: 36:00:13N,83:56:34W                                               07     INBODEN554
13/10/16 22:59 BLDG:      APT:         LOC: 416 E CHURCHWELL AV                          07     INBODEN554
13/10/16 22:59 TYPE:          CONTACT COMP: N FAS: N SINGLE SHOT:                        07     INBODEN554
13/10/16 22:59 PRI:   SRC: 1 MC:    DISPO:                                               07     INBODEN554
13/10/16 22:59 CP ADV SHE HEARD GUNSHOTS AND SHE CAN HEAR PEOPLE ARGUING//ADV THIS IS AT 07     INBODEN554
13/10/16 22:59 CHURCHWELL AND CENTRAL//CP CANNOT SEE THE SUSPS                           07     INBODEN554
13/10/16 23:02 Incident Associated to: LKP131016251616 (A)                              31     KINCAIDB520
13/10/16 23:02 Incident Associated to: LKP131016251617 (A)                              31     KINCAIDB520
13/10/16 23:02 Incident Associated to: FKF131016031310 (A)                              31     KINCAIDB520
13/10/16 23:02 Incident Associated to: MKM131016039082 (A)                              31     KINCAIDB520
13/10/16 23:02 SUSP WENT TOWARDS BROADWAY AND LIVES ON WHITTLE SPRING                    07     INBODEN554
13/10/16 23:02 CP DOES NOT KNOW WHERE HER BOYFRIEND HAS BEEN SHOT//HE IS BLEEDING        07     INBODEN554
13/10/16 23:02 FROM HIS NOSE AND MOUTH                                                   07     INBODEN554
13/10/16 23:02 TRANS TO RM                                                               07     INBODEN554
13/10/16 23:03 CP ADV THERE IS A NEIGHBOR OUTSIDE WITH THE VICTIM//CP IS INSIDE THE      07     INBODEN554
13/10/16 23:03 HOUSE                                                                     07     INBODEN554
13/10/16 23:04 CP THINKS HE HAS BEEN SHOT IN THE CHEST//CP ADV THE SUSP IS WITH KCSO     07     INBODEN554
13/10/16 23:05 IAAssocInc FKF131016031310  First Unit Arrived: KF/EN3        ST          44     LIEBEN567
13/10/16 23:05 CP IS NOW SAYING HE HAS BEEN SHOT IN THE STOMACH                          07     INBODEN554
13/10/16 23:05 CP ADV THE SUSP THREATENED TO COME SHOOT THE SUSP//CP DOES NOT KNOW       07     INBODEN554
13/10/16 23:05 WHAT KIND OF GUN BUT IT WAS POSS A GLOCK//                                07     JAYNES553
13/10/16 23:08 IAAssocInc MKM131016039082 UPDATE Cmnt * to ZM                            10     JAYNES553
13/10/16 23:10 Incident Associated to: LKP131016251611 (A)                              31     KINCAIDB520
13/10/16 23:10 Incident Associated to: FKF131016031309 (A)                              31     KINCAIDB520
13/10/16 23:10 Incident Associated to: MKM131016039081 (A)                              31     KINCAIDB520
13/10/16 23:10 Incident Associated to: LKP131016251529 (A)                              31     KINCAIDB520
13/10/16 23:11 IAAssocInc FKF131016031309 UPDATE Dispo to CLR                            44     LIEBEN567
13/10/16 23:19 Incident Associated to: LKP131016251501 (A)                              30     GUINNJ498
13/10/16 23:19 PER 39CK...SUSP LAST SEEN DRIVING TWD BROADWAY FROM E. CHURCHWELL         33     MARCUM563
13/10/16 23:20 SUSP IS A JAMES HUDGENS, W/M, TAN, POSS ADD OF 2000 WHITTLE SPRINGS RD    33     MARCUM563
13/10/16 23:20 OR AN ADD ON OGLEWOOD                                                     33     MARCUM563
13/10/16 23:21 IAAssocInc LKP131016251611 UPDATE Type  to 1062                           31     KINCAIDB520
13/10/16 23:21 IAAssocInc LKP131016251611 UPDATE Resp  to 2M                             31     KINCAIDB520
13/10/16 23:21 POSS VEH TAG OF E14527                                                    33     MARCUM563
13/10/16 23:24 SUSP CODE D ON OGLEWOOD PER 61A                                           33     MARCUM563
13/10/16 23:25 IAAssocInc FKF131016031310 UPDATE Dispo to CLR                            43     NEARYA479
13/10/16 23:26 WHITTLE SPRINGS IS CLEAR PER 34C                                          33     MARCUM563
13/10/16 23:26 SGT HEJNA ALREADY NOTIFIED, LEFT MESSAGE WITH SGT HILL @ 2326             30     GUINNJ498
13/10/16 23:28 DEBUSK NOTIFIED @ 2328                                                    30     GUINNJ498
13/10/16 23:29 IAAssocInc LKP131016251616 UPDATE Cmnt * to DUP                           30     GUINNJ498

KNOXVILLE POLICE DEPARTMENT

Date: 10/23/13    Time: 08:17

INCIDENT RECALL

| Incident | Time | Type | Pri Dispo | Address Location BEAT TEAM/Dist AREA | Bldg Apt | Callers Name Callers Address Callers Phone | P-unit | Close Date/ Time | Operator |
|---|---|---|---|---|---|---|---|---|---|
| 13/10/16 | 23:29 | IAAssocInc LKP131016251617 UPDATE Cmnt * to DUP | | | | 30 | | GUINNJ498 | |
| 13/10/16 | 23:34 | Units Recommended   BKP/61A       BKP/62A       KP/63C | | | BKP/64A | KP/65C | HOUSTON384 | |
| 13/10/16 | 23:35 | Incident Closed:             DUP | | | | 34 | | HOUSTON384 | |
| 13/10/16 | 23:35 | Incident Closed:             DUP | | | | 34 | | HOUSTON384 | |
| 13/10/16 | 23:39 | INV CLEMMONS(215) NOTIFIED TO CALL SG230 | | | | 30 | | GUINNJ498 | |
| 13/10/17 | 00:19 | PER 79AK...SUSP VEH IS NOT SILVER BUT A BLUISH/GREEN FORD TAURUS | | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:33 | ANOTHER POSS VEH FOR THE SUSP IS A 1995 FORD F250 SUPERCAB PU TRK...TN | | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:33 | TAG# MLO706 | | | | 33 | | MARCUM563 | |
| 13/10/17 | 01:34 | BOLO'D 2ND VEH @ 0134 | | | | 33 | | MARCUM563 | |
| 13/10/17 | 02:52 | IAAssocInc LKP131016251611 UPDATE Dispo  to P | | | | 34 | | HOUSTON384 | |

==== Vehicle / Subject Information ====

NO VEHICLE OR SUBJECT RECORDS FOR EVENT LKP131016251613.

KNOXVILLE POLICE DEPARTMENT
Date: 0/23/13     Time: 08:17
Incident Number  Date    Time  Type  Dispo  Address                          CITY      Unit      Officers   Report Number
*************** ******** **** ***** ***** ********************************** ********* *********** ********** ***************

|================ ===== ====== === ===== ================================== ===== == ============== =============== ======= ======
| KP131016-251616 | 22:59 1085A | 1 | DUP | 316 E COLUMBIA AV | | EMILY MESSER | | 13/10/16 CC553 |
| | | | | | | | | 23:29 |
| | 61 | | E | A-E | 8657892611 | | | |

| Date | Time | | | | | | Operator |
| ------- | ----- | | | | | | ------------------ |

| 13/10/16 | 23:01 | Incident Initiated By: CC/JAYNES553 | | | | | JAYNES553 |
| 13/10/16 | 23:01 | CP ADV IT SOUNDS LIKE THERE WERE MULTIPLE GUN SHOTS FIRED...POSS ABOUT | | 10 | | | JAYNES553 |
| 13/10/16 | 23:01 | 5..CP ADV THERE ARE NOW PPL FIGHTING IN THE STREET...CP CAN ONLY HEAR | | 10 | | | JAYNES553 |
| 13/10/16 | 23:01 | SUBJ....CP ADV IT SOUNDS LIKE IT CAME FROM CHURCH WELL | | 10 | | | JAYNES553 |
| 13/10/16 | 23:02 | Incident Associated to: LKP131016251617 (A) | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:02 | Incident Associated to: FKF131016031310 (A) | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:02 | Incident Associated to: MKM131016039082 (A) | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:02 | SUSP IS JAMES HUDGINS WM WEARING WHITE LONG SLEEVE SHIRT DRIVES GREEN | | 07 | | | INBODEN554 |
| 13/10/16 | 23:02 | TAURUS WITH E TAGS// | | 07 | | | INBODEN554 |
| 13/10/16 | 23:02 | CALLING METRO | | 10 | | | JAYNES553 |
| 13/10/16 | 23:02 | Incident Associated to: LKP131016251613 (A) | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:02 | SUSP WENT TOWARDS BROADWAY AND LIVES ON WHITTLE SPRING | | 07 | | | INBODEN554 |
| 13/10/16 | 23:02 | CP DOES NOT KNOW WHERE HER BOYFRIEND HAS BEEN SHOT//HE IS BLEEDING | | 07 | | | INBODEN554 |
| 13/10/16 | 23:02 | FROM HIS NOSE AND MOUTH | | 07 | | | INBODEN554 |
| 13/10/16 | 23:02 | TRANS TO RM | | 07 | | | INBODEN554 |
| 13/10/16 | 23:03 | CP ADV THERE IS A NEIGHBOR OUTSIDE WITH THE VICTIM//CP IS INSIDE THE | | 07 | | | INBODEN554 |
| 13/10/16 | 23:03 | HOUSE | | 07 | | | INBODEN554 |
| 13/10/16 | 23:04 | CP THINKS HE HAS BEEN SHOT IN THE CHEST//CP ADV THE SUSP IS WITH KCSO | | 07 | | | INBODEN554 |
| 13/10/16 | 23:05 | IAAssocInc FKF131016031310  First Unit Arrived: KF/EN3          ST | | 44 | | | LIEBEN567 |
| 13/10/16 | 23:05 | CP IS NOW SAYING HE HAS BEEN SHOT IN THE STOMACH | | 07 | | | INBODEN554 |
| 13/10/16 | 23:05 | CP ADV THE SUSP THREATENED TO COME SHOOT THE SUSP//CP DOES NOT KNOW | | 07 | | | INBODEN554 |
| 13/10/16 | 23:05 | WHAT KIND OF GUN BUT IT WAS POSS A GLOCK// | | 10 | | | JAYNES553 |
| 13/10/16 | 23:08 | IAAssocInc MKM131016039082 UPDATE Cmnt * to ZM | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:10 | Incident Associated to: LKP131016251611 (A) | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:10 | Incident Associated to: FKF131016031309 (A) | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:10 | Incident Associated to: MKM131016039081 (A) | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:10 | Incident Associated to: LKP131016251529 (A) | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:11 | IAAssocInc FKF131016031309 UPDATE Dispo to CLR | | 44 | | | LIEBEN567 |
| 13/10/16 | 23:19 | Incident Associated to: LKP131016251501 (A) | | 30 | | | GUINNJ498 |
| 13/10/16 | 23:19 | PER 39CK...SUSP LAST SEEN DRIVING TWD BROADWAY FROM E. CHURCHWELL | | 33 | | | MARCUM563 |
| 13/10/16 | 23:20 | SUSP IS A JAMES HUDGENS, W/M, TAN, POSS ADD OF 2000 WHITTLE SPRINGS RD | | 33 | | | MARCUM563 |
| 13/10/16 | 23:20 | OR AN ADD ON OGLEWOOD | | 33 | | | MARCUM563 |
| 13/10/16 | 23:21 | IAAssocInc LKP131016251611 UPDATE Type  to 1062 | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:21 | IAAssocInc LKP131016251611 UPDATE Resp  to 2M | | 31 | | | KINCAIDB520 |
| 13/10/16 | 23:21 | POSS VEH TAG OF E14527 | | 33 | | | MARCUM563 |
| 13/10/16 | 23:24 | SUSP CODE D ON OGLEWOOD PER 61A | | 33 | | | MARCUM563 |
| 13/10/16 | 23:25 | IAAssocInc FKF131016031310 UPDATE Dispo to CLR | | 43 | | | NEARYA479 |
| 13/10/16 | 23:26 | WHITTLE SPRINGS IS CLEAR PER 34C | | 33 | | | MARCUM563 |
| 13/10/16 | 23:26 | SGT HEJNA ALREADY NOTIFIED, LEFT MESSAGE WITH SGT HILL @ 2326 | | 30 | | | GUINNJ498 |
| 13/10/16 | 23:28 | DEBUSK NOTIFIED @ 2328 | | 30 | | | GUINNJ498 |
| 13/10/16 | 23:29 | Incident Closed:          DUP | | 30 | | | GUINNJ498 |
| 13/10/16 | 23:29 | Incident Closed:          DUP | | 30 | | | GUINNJ498 |
| 13/10/16 | 23:29 | IAAssocInc LKP131016251617 UPDATE Cmnt * to DUP | | 30 | | | GUINNJ498 |
| 13/10/16 | 23:35 | IAAssocInc LKP131016251613 UPDATE Cmnt * to DUP | | 34 | | | HOUSTON384 |

I N C I D E N T    R E C A L L

| Incident | Time | Type | Pri | Dispo | Address Location BEAT TEAM/Dist AREA | Bldg | Apt | Callers Name Callers Address Callers Phone | P-unit | Close Date/ Time | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13/10/16 | 23:39 | INV | | CLEMMONS(215) NOTIFIED TO CALL SG230 | | | | 30 | GUINNJ498 | | |
| 13/10/17 | 00:19 | | | PER 79AK...SUSP VEH IS NOT SILVER BUT A BLUISH/GREEN FORD TAURUS | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:33 | | | ANOTHER POSS VEH FOR THE SUSP IS A 1995 FORD F250 SUPERCAB PU TRK...TN | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:33 | | | TAG# MLO706 | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:34 | | | BOLO'D 2ND VEH @ 0134 | | | | 33 | MARCUM563 | | |
| 13/10/17 | 02:52 | | | IAAssocInc LKP131016251611 UPDATE Dispo  to P | | | | 34 | HOUSTON384 | | |

==== Vehicle / Subject Information ====
-------- -----
NO VEHICLE OR SUBJECT RECORDS FOR EVENT LKP131016251616.

KNOXVILLE POLICE DEPARTMENT
Date: 10/23/13  Time: 08:17

Incident Number Date    Time Type  Dispo Address                              CITY      Unit      Officers  Report Number
***************** ******** ***** ***** ****** ******************************** ********* *********** *********** ****************

================ ===== ===== === ===== ============================== ===== == =================== =============== ======= =======

KP131016-251617 23:01 1081A  1   DUP   321 E CHURCHWELL AV                    LAURA                          13/10/16 CC554
                                                                                                            23:29

                                61        E        A-E         8656072973

Date      Time                                                                                    Operator
--------  -----                                                                                   --------------------

13/10/16 23:01 Incident Initiated By: CC/INBODEN554                                               INBODEN554
13/10/16 23:01 CP ADV HER BF HAS BEEN SHOT//AT 321 E CHURCHWELL                          07       INBODEN554
13/10/16 23:01 Incident Associated to: FKF131016031310 (C)                               07       INBODEN554
13/10/16 23:01 Incident Associated to: MKM131016039082 (C)                               07       INBODEN554
13/10/16 23:01 Child Inc  FKF131016031310 UPDATE Cmnt * to 01                            44       LIEBEN567
13/10/16 23:01 Child Inc  FKF131016031310 UPDATE PriUnt to KF/EN3                        44       LIEBEN567
13/10/16 23:02 Incident Associated to: LKP131016251616 (A)                               31       KINCAIDB520
13/10/16 23:02 SUSP IS JAMES HUDGINS WM WEARING WHITE LONG SLEEVE SHIRT DRIVES GREEN     07       INBODEN554
13/10/16 23:02 TAURUS WITH E TAGS//                                                      07       INBODEN554
13/10/16 23:02 DUPCALL:                              KN                                  05       CURRIERG535
13/10/16 23:02 CNAME: JOHNSON,CHRISTIN     CPH: 8652498402                               05       CURRIERG535
13/10/16 23:02 CADDR: 314 E CHURCHWELL AV                                                05       CURRIERG535
13/10/16 23:02 TYPE:         CONTACT COMP: N FAS: N SINGLE SHOT:                         05       CURRIERG535
13/10/16 23:02 PRI:   SRC: 1 MC:      DISPO:                                             05       CURRIERG535
13/10/16 23:02 CP ADV HER HUSBAND IS ACROSS THE STREET AND ADV SOMEONE HAS BEEN SHOT/RM 05       CURRIERG535
13/10/16 23:02 ADV/CP HAS NO OTHER INFO                                                  05       CURRIERG535
13/10/16 23:02 CALLING METRO                                                             10       JAYNES553
13/10/16 23:02 Incident Associated to: LKP131016251613 (A)                               31       KINCAIDB520
13/10/16 23:02 SUSP WENT TOWARDS BROADWAY AND LIVES ON WHITTLE SPRING                    07       INBODEN554
13/10/16 23:02 CP DOES NOT KNOW WHERE HER BOYFRIEND HAS BEEN SHOT//HE IS BLEEDING        07       INBODEN554
13/10/16 23:02 FROM HIS NOSE AND MOUTH                                                   07       INBODEN554
13/10/16 23:02 TRANS TO RM                                                               07       INBODEN554
13/10/16 23:03 CP ADV THERE IS A NEIGHBOR OUTSIDE WITH THE VICTIM//CP IS INSIDE THE      07       INBODEN554
13/10/16 23:03 HOUSE                                                                     07       INBODEN554
13/10/16 23:04 CP THINKS HE HAS BEEN SHOT IN THE CHEST//CP ADV THE SUSP IS WITH KCSO     07       INBODEN554
13/10/16 23:05 Child Inc  FKF131016031310  First Unit Arrived: KF/EN3         ST         44       LIEBEN567
13/10/16 23:05 CP IS NOW SAYING HE HAS BEEN SHOT IN THE STOMACH                          07       INBODEN554
13/10/16 23:05 CP ADV THE SUSP THREATENED TO COME SHOOT THE SUSP//CP DOES NOT KNOW       07       INBODEN554
13/10/16 23:05 WHAT KIND OF GUN BUT IT WAS POSS A GLOCK//                                07       INBODEN554
13/10/16 23:08 Child Inc  MKM131016039082 UPDATE Cmnt * to ZM                            10       JAYNES553
13/10/16 23:08 DUPCALL: UERY CALLER FOR LOCA          KN                                 07       INBODEN554
13/10/16 23:08 CNAME: DAVID HARMON          CPH: 2145024711                              07       INBODEN554
13/10/16 23:08 CADDR: 35:57:58N,83:56:47W                                                07       INBODEN554
13/10/16 23:08 BLDG:       APT:    LOC: 400 E OAK HILL AV                                07       INBODEN554
13/10/16 23:08 TYPE:         CONTACT COMP: N FAS: N SINGLE SHOT:                         07       INBODEN554
13/10/16 23:08 PRI:   SRC: 1 MC:     DISPO:                                              07       INBODEN554
13/10/16 23:08 CP HEARD GUN SHOTS//POSS ON CHURCHWELL//CP DID NOT SEE ANYTHING HE ONLY   07       INBODEN554
13/10/16 23:08 HEARD IT                                                                  07       INBODEN554
13/10/16 23:10 Incident Associated to: LKP131016251611 (A)                               31       KINCAIDB520
13/10/16 23:10 Incident Associated to: FKF131016031309 (A)                               31       KINCAIDB520
13/10/16 23:10 Incident Associated to: MKM131016039081 (A)                               31       KINCAIDB520
13/10/16 23:10 Incident Associated to: LKP131016251529 (A)                               31       KINCAIDB520
13/10/16 23:11 IAAssocInc FKF131016031309 UPDATE Dispo to CLR                            44       LIEBEN567
13/10/16 23:19 Incident Associated to: LKP131016251501 (A)                               30       GUINNJ498

I N C I D E N T    R E C A L L

| Incident | Time | Type | Pri | Dispo | Address Location | Bldg | Apt | Callers Name Callers Address | P-unit | Close Date/ Time | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BEAT   TEAM/Dist   AREA | | | Callers Phone | | | |
| 13/10/16 | 23:19 | PER 39CK...SUSP LAST SEEN DRIVING TWD BROADWAY FROM E. CHURCHWELL | | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:20 | SUSP IS A JAMES HUDGENS, W/M, TAN, POSS ADD OF 2000 WHITTLE SPRINGS RD | | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:20 | OR AN ADD ON OGLEWOOD | | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:21 | IAAssocInc LKP131016251611 UPDATE Type    to 1062 | | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 | 23:21 | IAAssocInc LKP131016251611 UPDATE Resp    to 2M | | | | | | 31 | KINCAIDB520 | | |
| 13/10/16 | 23:21 | POSS VEH TAG OF E14527 | | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:24 | SUSP CODE D ON OGLEWOOD PER 61A | | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:25 | Child Inc  FKF131016031310 UPDATE Dispo  to CLR | | | | | | 43 | NEARYA479 | | |
| 13/10/16 | 23:26 | WHITTLE SPRINGS IS CLEAR PER 34C | | | | | | 33 | MARCUM563 | | |
| 13/10/16 | 23:26 | SGT HEJNA ALREADY NOTIFIED, LEFT MESSAGE WITH SGT HILL @ 2326 | | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:28 | DEBUSK NOTIFIED @ 2328 | | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:29 | IAAssocInc LKP131016251616 UPDATE Cmnt * to DUP | | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:29 | Incident Closed:          DUP | | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:29 | Incident Closed:          DUP | | | | | | 30 | GUINNJ498 | | |
| 13/10/16 | 23:35 | IAAssocInc LKP131016251613 UPDATE Cmnt * to DUP | | | | | | 34 | HOUSTON384 | | |
| 13/10/16 | 23:39 | INV CLEMMONS(215) NOTIFIED TO CALL SG230 | | | | | | 30 | GUINNJ498 | | |
| 13/10/17 | 00:19 | PER 79AK...SUSP VEH IS NOT SILVER BUT A BLUISH/GREEN FORD TAURUS | | | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:33 | ANOTHER POSS VEH FOR THE SUSP IS A 1995 FORD F250 SUPERCAB PU TRK...TN | | | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:33 | TAG# MLO706 | | | | | | 33 | MARCUM563 | | |
| 13/10/17 | 01:34 | BOLO'D 2ND VEH @ 0134 | | | | | | 33 | MARCUM563 | | |
| 13/10/17 | 02:52 | IAAssocInc LKP131016251611 UPDATE Dispo  to P | | | | | | 34 | HOUSTON384 | | |

==== Vehicle / Subject Information ====
--------- -----
NO VEHICLE OR SUBJECT RECORDS FOR EVENT LKP131016251617.

```
                 EXHIBIT NO. 6

                 TRIAL

                 Identified and made a part of the record

                 this 11th day of February, 2015.
```

STATE OF TENNESSEE VS.

James K. Hudgins

CASE NO.   102566      EXHIBIT NO. 6

DATE 7-29-14 ID____ Evd ✓



EXHIBIT NO. 7

TRIAL

Identified and made a part of the record

this 11th day of February, 2015.



FILED
OCT 29 2015
Clerk of the Courts
Rec'd by



STATE OF TENNESSEE VS. James K. Hudgins

CASE NO. 102566     EXHIBIT NO. 2

DATE 7-31-14   ID     Evd ✓

**Agency: District Attorney General**
Requestor: Ta Kisha Fitzgerald
Officer: Jeremy Moses  ID # 1886     EC
Incident Date/Time: 10/16/13  23:15:00
Client: James Hudgins
Incident Number(s) @1058392
**Request #26940**





DUE TO THE SIZE AND NATURE
OF THIS EXHIBIT, IT SHALL REMAIN IN THE
CUSTODY OF THE CRIMINAL COURT CLERK'S
OFFICE


EXHIBIT NO. 8

TRIAL

Identified and made a part of the record

this 11th day of February, 2015.

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15   EXHIBIT NO. 9
16   TRIAL
17   Identified and made a part of the record
18   this 11th day of February, 2015.
19
20
21
22
23
24
25
```

ID
Only



ATE OF TENNESSEE VS.
James K. Hudgins

ASE NO.    102566        EXHIBIT NO. 9

ATE_____ ID___✓___ Evd_____

1
2
3
4
5
6
7
8
9

THIS EXHIBIT WAS NOT PROVIDED TO THE
CRIMINAL COURT CLERK'S OFFICE

10
11
12
13
14
15  EXHIBIT NO. 10
16  TRIAL
17  Identified and made a part of the record
18  this 11th day of February, 2015.
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    EXHIBIT NO. 11
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25



```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    EXHIBIT NO. 12
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15     EXHIBIT NO. 13
16     TRIAL
17     Identified and made a part of the record
18     this 11th day of February, 2015.
19
20
21
22
23
24
25
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15    EXHIBIT NO. 14
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15 EXHIBIT NO. 15
16 TRIAL
17 Identified and made a part of the record
18 this 11th day of February, 2015.
19
20
21
22
23
24
25



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15    EXHIBIT NO. 16
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```



```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15      EXHIBIT NO. 17
16      TRIAL
17      Identified and made a part of the record
18      this 11th day of February, 2015.
19
20
21
22
23
24
25
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15    EXHIBIT NO. 18
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15    EXHIBIT NO. 19
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15 EXHIBIT NO. 20
16 TRIAL
17 Identified and made a part of the record
18 this 11th day of February, 2015.
19
20
21
22
23
24
25



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15     EXHIBIT NO. 21
16     TRIAL
17     Identified and made a part of the record
18     this 11th day of February, 2015.
19
20
21
22
23
24
25
```





```
                    EXHIBIT NO. 22

                    TRIAL

                    Identified and made a part of the record

                    this 11th day of February, 2015.
```

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    EXHIBIT NO. 23
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15    EXHIBIT NO. 24
16    TRIAL
17    Identified and made a part of the record
18    this 11th day of February, 2015.
19
20
21
22
23
24
25
```



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15     EXHIBIT NO. 25
16     TRIAL
17     Identified and made a part of the record
18     this 11th day of February, 2015.
19
20
21
22
23
24
25

