UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES HUDGINS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:21-CV-157-CEA-DCP |
| BERT BOYD, | ) ) ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, James Hudgins' petition for a writ of habeas corpus is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

**SO ORDERED**.

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**

/s/ *LeAnna R. Wilson*
**CLERK OF COURT**